## Commonwealth *v.* Anderson, Appellant.

Submitted November 10, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant.

*Martin H. Belsky* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1970:

The order of the court below is vacated, and the record is remanded for the purpose of reconsideration

of the motion to dismiss the proceedings after proper notice is given to all parties and their counsel, and the opportunity is given to all parties to be heard.